KNICKERBOCKER INVESTMENT CO. v. BANKERS' LIFE INS. CO. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by the Knickerbocker

Investment Company against the Bankers' Life Insurance Company. No opinion. Motion granted, with $10 costs. Order filed.

---

KOEN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Mary Koen, as administratrix, etc., of Joseph A. Koen, deceased, against the city of New York.° No opinion. Judgment and order unanimously affirmed, with costs.